United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-15827-mdc
Randy Neal Pavlow                                               Chapter 7
Birgit Gellner-Pavlow
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John               Page 1 of 1                  Date Rcvd: Oct 24, 2018
                              Form ID: pdf900          Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db/jdb         +Randy Neal Pavlow,    Birgit Gellner-Pavlow,    4802 Renoir Lane,    Schwenksville, PA 19473-2405
cr             +Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
cr             +M&T BANK,    c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,
                 Philadelphia, PA 19106-2312
14203965       +M&T BANK,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14198989       +M&T BANK,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14191283        M&T Bank,    P.O. Box 3340,    Buffalo, NY 14240-3340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 25 2018 02:34:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2018 02:34:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 25 2018 02:34:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14191282        E-mail/Text: camanagement@mtb.com Oct 25 2018 02:34:03     M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              DANIEL E. MUELLER    on behalf of Debtor Randy Neal Pavlow dem@demattorney.com,
               harborstoneecf@gmail.com
              DANIEL E. MUELLER    on behalf of Joint Debtor Birgit  Gellner-Pavlow dem@demattorney.com,
               harborstoneecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Birgit Gellner-Pavlow<br>Randy Neal Pavlow<br>　　　　　　　　　Debtor(s) | | CHAPTER 7 |
| M&T BANK<br>　　　　　　　　　Movant<br>vs. | | NO. 18-15827 MDC |
| Birgit Gellner-Pavlow<br>Randy Neal Pavlow<br>　　　　　　　　　Debtor(s) | | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq.<br>　　　　　　　　　Trustee | | |

### ORDER

AND NOW, this 23rd day of October, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 4802 Renoir Lane, Schwenksville, PA 19473 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. C_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Birgit Gellner-Pavlow
4802 Renoir Lane
Schwenksville, PA 19473

Randy Neal Pavlow
4802 Renoir Lane
Schwenksville, PA 19473

Daniel E. Mueller, Harborstone Law Group
40 West Evergreen Avenue, Suite 101
Philadelphia, PA 19118

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532