# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Birgit Gellner-Pavlow<br>Randy Neal Pavlow<br>Debtor(s) | | CHAPTER 7 |
| M&T Bank<br>Movant<br>vs. | | NO. 18-15827 MDC |
| Birgit Gellner-Pavlow<br>Randy Neal Pavlow<br>Debtor(s) | | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq.<br>Trustee | | |

## ORDER

AND NOW, this ____ day of Nov., 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 4802 Renoir Lane, Skippack, PA 19473 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.

Birgit Gellner-Pavlow
4802 Renoir Lane
Schwenksville, PA 19473

Randy Neal Pavlow
4802 Renoir Lane
Schwenksville, PA 19473

Daniel E. Mueller, Harborstone Law Group
40 West Evergreen Avenue, Suite 101
Philadelphia, PA 19118

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532